UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| STEVEN DEWADE DEMMING | DOCKET NO. 5:16-CV-1687-P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| STEVE PRATOR | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objection thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 26th day of October, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE